**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Yigal Bosch v. Frost National Bank

Appellate case number:    01-13-00190-CV

Trial court case number:   2009-63337

Trial court:             133rd District Court of Harris County

Date motion filed:        May 16, 2013

Party filing motion:      Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Harvey Brown_____
                          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Brown


Date:  _May 29, 2013_____